UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MERCEDES ROSARIO,

                Plaintiff,

            -against-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------X

**ORDER**

06 CV 0366 (RJD)(KAM)

DEARIE, Chief Judge.

In a Report & Recommendation ("Report") dated July 7, 2008, then-Magistrate Judge Kiyo A. Matsumoto recommended that the Court grant an award of $15,109.00 for attorney's fees pursuant to Section 406(b)(1) of the Social Security Act, 42 U.S.C. §§ 401 et seq., to be paid out of the past-due benefits awarded to plaintiff as a result of this action. Any objections to the report and recommendation were due on July 24, 2008. No objections have been filed. The Court adopts the Report in full.

SO ORDERED.

Dated: Brooklyn, New York
       November _11_, 2008

                                                  RAYMOND J. DEARIE
                                                  United States District Judge